# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

ANTONIO ANDERSON                                               PLAINTIFF

v.                          No. 4:17-cv-253-DPM

CODY FURGUSION, Police Officer; and
NEVADA COUNTY SHERIFF'S DEPARTMENT         DEFENDANTS

## ORDER

1. The Court withdraws the reference.

2. Anderson hasn't paid the filing and administrative fees or filed a current application to proceed *in forma pauperis*; and the time to do so has passed. № 2. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2017