IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTONIO ANDERSON                                                    PLAINTIFF

v.                         No. 4:17-cv-253-DPM

CODY FURGUSION, Police Officer; and
NEVADA COUNTY SHERIFF'S DEPARTMENT                  DEFENDANTS

## JUDGMENT

Anderson's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

29 June 2017